UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:07-00037 |
| | ) CHIEF JUDGE HAYNES |
| | ) |
| ADRIAN BRITTAIN | ) |

### MOTION TO CONTINUE REVOCATION HEARING

Comes Adrian Brittain, through counsel, and respectfully requests that the revocation hearing, presently scheduled for June 20, 2014, at 4:00 PM, be continued for approximately two weeks. As grounds for this motion, counsel states that he will be attending the Trial Practice Institute in Macon, Georgia, from June 16 through June 27, 2014.

*[Handwritten note: This motion is GRANTED. Counsel for the parties shall submit an agreed order with a new hearing date. /s/ [Judge] 6-16-14]*

Respectfully submitted,

s/ Dumaka Shabazz
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: dumaka_shabazz@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2014, I electronically filed the foregoing Motion to Continue Revocation Hearing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Philip H. Wehby, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203-3870.

s/ Dumaka Shabazz
DUMAKA SHABAZZ