UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:07-00037 |
| | ) | CHIEF JUDGE HAYNES |
| | ) | |
| ADRIAN BRITTAIN | ) | |

AGREED ORDER

The parties agree that the revocation hearing should be continued.

**IT IS HEREBY ORDERED** that the revocation hearing in this matter is re-scheduled for July 3, 2014, at 4:30 pm.

ENTERED this 20th day of June, 2014.

_____
WILLIAM J. HAYNES, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

ATTEST:

/s/ Dumaka Shabazz
Dumaka Shabazz
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

s/ Philip H. Wehby
Philip H. Wehby
Assistant United States Attorney for the
Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151