IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:07-cr-00037 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| ADRIAN D. BRITTAIN | ) | |

## ORDER

The revocation hearing previously set in this action for Thursday, July 3, 2014 at 4:30 p.m. is **RESET** for **Thursday, July 3, 2014 at 11:00 a.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 2nd day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge